FILED
September 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:____CV____
                Deputy



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

6:23-cr-00191

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) ADXEL ROMERO-FLORES<br>     aka "Axel"<br>(2) JULIO SAMUEL BONILLA-TIRADO<br>     aka "Falo"<br>(3) JUAN CARLOS CABRAL<br>     aka "Juanki"<br>(4) GILBERTO JOEL HERNANDEZ-MARIN<br>     aka "Joyto," aka "Lento"<br><br>Defendants | **I N D I C T M E N T**<br><br>[COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(vi)} -- Conspiracy to Possess With Intent to Distribute at Least 400 Grams of Fentanyl, a Schedule II Controlled Substance, Resulting in Death; COUNT TWO:  21 U.S.C. 843(b) & (d)(1) – Unlawful Communications; 18 U.S.C. – Aiding and Abetting; COUNT THREE, COUNT FOUR, COUNT FIVE and COUNT SIX:  21 U.S.C. 843(b) & (d)(1) – Unlawful Communications] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(vi)]

Beginning in or about March, 2023, the exact date unknown to the Grand Jury, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

**ADXEL ROMERO-FLORES, aka "Axel,"
JULIO SAMUEL BONILLA-TIRADO, aka "Falo,"
JUAN CARLOS CABRAL, aka "Juanki,"
and
GILBERTO JOEL HERNANDEZ-MARIN, aka "Joyto," aka "Lento,"**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess with intent to distribute at least 400 grams N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II Controlled Substance, in the

quantities set forth below, resulting in death, contrary to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| ADXEL ROMERO-FLORES aka "Axel" (#1) | At least 400 grams | 21 U.S.C. § 841(b)(1)(A)(vi) |
| JULIO SAMUEL BONILLA-TIRADO aka "Falo" (#2) | At least 400 grams | 21 U.S.C. § 841(b)(1)(A)(vi) |
| JUAN CARLOS CABRAL aka "Juanki" (#3) | At least 400 grams | 21 U.S.C. § 841(b)(1)(A)(vi) |
| GILBERTO JOEL HERNANDEZ-MARIN aka "Joyto," aka "Lento" (#4) | At least 400 grams | 21 U.S.C. § 841(b)(1)(A)(vi) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
**[21 U.S.C. 843(b) & (d)(1) and 18 U.S.C. 2]**

On or about June 30, 2023, in the Western District of Texas and elsewhere, the Defendants,

**ADXEL ROMERO-FLORES, aka "Axel,"**
and
**JULIO SAMUEL BONILLA-TIRADO, aka "Falo,"**

aided and abetted by each other, did knowingly and intentionally use any communication facility, to-wit: the United States Postal Service mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(A)(vi), that is, Possession With Intent to Distribute Fentanyl, all in violation of Title 21, United States Code, Section 843(b) and (d)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
## [21 U.S.C. 843(b) & (d)(1)]

On or about July 16, 2023, in the Western District of Texas and elsewhere, the Defendant,

**ADXEL ROMERO-FLORES, aka "Axel,"**

did knowingly and intentionally use any communication facility, to-wit: the United States Postal Service mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(A)(vi), that is, Distribution of Fentanyl, all in violation of Title 21, United States Code, Section 843(b) and (d)(1).

## COUNT FOUR
## [21 U.S.C. 843(b) & (d)(1)]

On or about August 12, 2023, in the Western District of Texas and elsewhere, the Defendant,

**GILBERTO JOEL HERNANDEZ-MARIN, aka "Joyto," aka "Lento,"**

did knowingly and intentionally use any communication facility, to-wit: the United States Postal Service mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(B)(vi), that is, Distribution of Fentanyl, all in violation of Title 21, United States Code, Section 843(b) and (d)(1).

## COUNT FIVE
## [21 U.S.C. 843(b) & (d)(1)]

On or about August 13, 2023, in the Western District of Texas and elsewhere, the Defendant,

**GILBERTO JOEL HERNANDEZ-MARIN, aka "Joyto," aka "Lento,"**

did knowingly and intentionally use any communication facility, to-wit: the United States Postal Service mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(B)(vi), that is, Distribution of Fentanyl, all in violation of Title 21, United States Code, Section 843(b) and (d)(1).

## COUNT SIX
## [21 U.S.C. 843(b) & (d)(1)]

On or about August 22, 2023, in the Western District of Texas and elsewhere, the Defendant,

**GILBERTO JOEL HERNANDEZ-MARIN, aka "Joyto," aka "Lento,"**

did knowingly and intentionally use any communication facility, to-wit: the United States Postal Service mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 812, 813, 841(a)(1) and 841(b)(1)(B)(vi), that is, Distribution of Fentanyl, all in violation of Title 21, United States Code, Section 843(b) and (d)(1).

A TRUE BILL

███████████████████████

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: 
CHRISTOPHER M. BLANTON
Assistant United States Attorney