UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:23-CR-00191(3)-ADA |
| | § | |
| (3) JUAN CARLOS CABRAL | § | |

**ORDER**

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 9, 2025, wherein the defendant (3) JUAN CARLOS CABRAL waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (3) JUAN CARLOS CABRAL to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (3) JUAN CARLOS CABRAL's plea of guilty to Count Oen (1) is accepted.

     Signed this 29th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE